08-24-00344-CV

BERTHA A. PRIETO, CSR, RPR
41st Judicial District Court
Official Court Reporter
Certification Expires July 31, 2025
500 E. San Antonio, Rm. 1006
El Paso, Texas 79901
(915) 546-2149 Ext. 3240
Fax (915) 834-8220

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/5/2024 10:36:53 AM
ELIZABETH G. FLORES
Clerk

November 5, 2024

Ms. Elizabeth G. Flores, Clerk
Court of Appeals
Eighth District of Texas
El Paso County Courthouse
500 E. San Antonio, Suite 1203
El Paso, Texas 79901

> **RE: Court of Appeals Number: 08-24-00344-CV**
> **Trial Court Number: 2020DCV0489**
> **STYLE: Larry Allen Torla v. El Paso VI Enterprises, LLC d/b/a St. Teresa Nursing and Rehabilitation**

Dear Ms. Flores:

I, Bertha A. Prieto, Official Court Reporter for the 41st Judicial District Court, am notifying the Court of Appeals that the letter of designation has been received from the appellant and payment arrangements have been made to begin preparation of the reporter's record.

I am therefore requesting a 30-day extension for filing the reporter's record. The appellant has requested the preparation of the trial on the merits of this case, and it is a little over 1,000 pages to get through. Your consideration in this matter is greatly appreciated.

Respectfully,

*Bertha A Prieto*

BERTHA A. PRIETO
41st Judicial District Court
Certified Shorthand Reporter